PS 8
(12/04)

# UNITED STATES DISTRICT COURT
## for the
## DISTRICT OF KANSAS

U.S.A. vs. Jacob Martinez Galaviz                                    Docket No. 6:08-10106-22

Petition for Action on Conditions of Pretrial Release

      COMES NOW Josefina N. Durham, PRETRIAL SERVICES/PROBATION OFFICER, presenting an official report upon the conduct of defendant Jacob Martinez Galaviz, who was placed under pretrial release supervision by the Honorable Karen M. Humphreys, Chief U.S. Magistrate Judge, sitting in the Court at Wichita, Kansas, on July 13, 2009, under the following conditions:

**The defendant shall refrain from any use of alcohol. (Condition 7o)**

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:
      (If short insert here; if lengthy write on separate sheet and attach)

1) On January 4, 2010, the defendant submitted to a Breathalizer, which tested positive for the presence of alcohol. The readings for the defendant's Breathalizer were .060 and .065.

2) On January 4, 2010, this officer contacted the defendant, who denied consuming alcohol. He explained he had taken Robitussin for flu-like symptoms

PRAYING THAT THE COURT WILL ORDER a warrant be issued for the defendant's arrest and he be required to appear and show cause why his bond should not be revoked.

Approved:

_____
         SUSPO

ORDER OF COURT

Considered and ordered this __10th__ day of __February__, 20__10__ and ordered filed and made a part of the records in the above case.  **If Petition results in the issuance of a Warrant, Petition and Warrant sealed and not to be distributed to counsel of record. Unsealed upon arrest.**


__s/ J. Thomas Marten__
Honorable J. Thomas Marten

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   __February 5, 2010__

*Josefina H. Durham* (signature)

Josefina N. Durham
U.S. Pretrial Services/Probation Officer


Place: Wichita, KS